Thomas M. Smith
Attorney for Defendant Automated Accounts, Inc.
P.O. Box 1360
Spokane, WA 99210
Phone: 509-327-9902
Fax: 509-327-6238
email: tmilby@thomasmsmithattorney.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STARLA BRAHAM,<br><br>Plaintiff,<br><br>vs.<br><br>AUTOMATED ACCOUNTS, INC., a Washington Corporation, and MICHELLE DOE and JOHN DOE, husband and wife, and the marital community comprised thereof,<br><br>Defendants. | NO. CV-10-385-EFS<br><br>ANSWER TO COMPLAINT |

COMES NOW the above-named Defendant, Automated Accounts, Inc., a Washington Corporation, by and through its attorney, the undersigned, and does herein answer the Complaint of the Plaintiff as follows:

1. Defendant Automated Accounts, Inc. admits that the above-entitled court has jurisdiction and therefore admits to paragraph 1 of Plaintiff's Complaint.

ANSWER TO COMPLAINT AND COUNTERCLAIM
Page 1

THOMAS MILBY SMITH, INC., P.S.
ATTORNEY AT LAW
P.O. Box 1360
Spokane, WA 99210
(509) 327-9902
Fax: (509) 327-6238

2. Defendant Automated Accounts, Inc. denies each and every allegation paragraph 2 of Plaintiff's complaint and affirmatively asserts that all material times hereto no violation of the Fair Debt Collection Practices Act 15 U.S.C. § 1692 has been committed by the corporation or its agents and employees and that no improper or illegal effort to collect a consumer debt has occurred.

3. Defendant Automated Accounts, Inc. admits the venue in the above-entitled court is proper, and therefore admits the allegations stated in paragraph 3 of Plaintiff's Complaint.

4. Defendant Automated Accounts, Inc. admits the allegations contained in paragraph 4 of Plaintiff's Complaint.

5. Defendant Automated Accounts, Inc. admits the allegations contained in paragraph 5 of Plaintiff's Complaint.

6. For all times material hereto Defendant Automated Accounts, Inc. employed a person known as Michelle Bull who the Plaintiff may have referred to as "Michelle Doe". Except as stated herein Defendant denies each and every allegation contained in paragraph 6 of the Plaintiff's Complaint. Michelle Bull has not been personally served, and thus, the above-entitled court does not have *in personam* jurisdiction concerning Michelle Bull.

ANSWER TO COMPLAINT AND COUNTERCLAIM
Page 2

THOMAS MILBY SMITH, INC., P.S.
ATTORNEY AT LAW
P.O. Box 1360
Spokane, WA 99210
(509) 327-9902
Fax: (509) 327-6238

7.  Defendant Automated Accounts, Inc. is unable to ascertain which "financial obligation" Defendant refers to, and thus, lacking insufficient information, must deny all allegations contained in paragraph 7 of Plaintiff's complaint. However, Plaintiff was assigned two accounts for collection debts owed by Starla Braham and/or Larry Braham, husband and wife, and that all times material hereto properly and lawfully pursued collection of that assigned account. Except as admitted herein Defendant Automated Accounts, Inc. denies the allegations contained in Paragraph 7 of Plaintiff's Complaint.

8.  Defendant Automated Accounts, Inc. denies each and every allegation contained in paragraph 8 of Plaintiff's Complaint. Plaintiff affirmatively agreed that she owed the two debts assigned to Defendant for collection and admitted liability for each account and Plaintiff agreed to and made payments on the obligations assigned to Automated Accounts, Inc... Plaintiff's conduct and payments to Automated Accounts, Inc. constituted an acknowledgement of responsibility for the debt assigned to Defendant.

9.  Defendant Automated Accounts, Inc. is without information to know specifically which "debt" the Plaintiff is referring to and is not familiar with the term "consigned" as stated by Plaintiff in paragraph 9 of Plaintiff's Complaint and Defendant denies each and every allegation contained therein. However, two debts

ANSWER TO COMPLAINT AND COUNTERCLAIM
Page 3

THOMAS MILBY SMITH, INC., P.S.
ATTORNEY AT LAW
P.O. Box 1360
Spokane, WA 99210
(509) 327-9902
Fax: (509) 327-6238

owed by Plaintiff were assigned to Defendant for collection against Plaintiff. Defendant is not familiar with the use of the term "consigned" and therefore cannot respondent without further information. Except as stated herein, Defendant deny each and every allegation contained in paragraph 9 of Plaintiff's Complaint

10. Defendant Automated Accounts, Inc. admits the allegations contained in paragraph 10 of Plaintiff's Complaint. Affirmatively, Defendant did not use the credit card for payment unless each payment was previously authorized by Plaintiff.

11. Defendant Automated Accounts, Inc. denies each and every allegation contained in paragraph 11 of Plaintiff's Complaint. Plaintiff statement in her complaint paragraph 11 is not consistent with Plaintiff's statements to an employee of Automated Accounts.

12. Defendant Automated Accounts, Inc. admits that Plaintiff called Defendant Automated Accounts and authorized Automated Accounts, Inc. to use her credit card for the purpose of making the agreed October 2009 payment of $200 on the account. The payment was declined due to insufficient funds. Thus, no payment occurred. Except as otherwise admitted herein, Defendants deny each and every allegation contained in paragraph 12 of Plaintiff's Complaint.

ANSWER TO COMPLAINT AND COUNTERCLAIM
Page 4

THOMAS MILBY SMITH, INC., P.S.
ATTORNEY AT LAW
P.O. Box 1360
Spokane, WA 99210
(509) 327-9902
Fax: (509) 327-6238

13. Defendant denies the allegations contained in Paragraph 13 of Plaintiff's complaint. The contact by Defendant's employee was for the purpose of getting the October payment made by Plaintiff.

14. Defendant Automated Accounts, Inc. admits the allegations contained in paragraph 14 of Plaintiff's Complaint.

15. Defendant Automated Accounts, Inc. denies each and every allegation contained in paragraph 15 of Plaintiff's Complaint.

16. Defendant Automated Accounts, Inc. denies each and every allegation contained in paragraph 16 of Plaintiff's Complaint.

17. Defendant Automated Accounts, Inc. admits the allegations contained in paragraph 17 of Plaintiff's Complaint.

18. Defendant Automated Accounts, Inc. admits the allegations contained in paragraph 18 of Plaintiff's Complaint.

19. Defendant admits that a garnishment is not proper until after a judgment is obtained. Except as stated, Defendant Automated Accounts, Inc. denies the allegations contained in paragraph 19 of Plaintiff's Complaint. No person at Automated Accounts, Inc. at any time made any statement or gave any implication to Plaintiff that a garnishment would occur prior to the institution of legal process or prior to obtaining a judgment. Defendant employee informed Plaintiff that because

ANSWER TO COMPLAINT AND COUNTERCLAIM
Page 5

THOMAS MILBY SMITH, INC., P.S.
ATTORNEY AT LAW
P.O. Box 1360
Spokane, WA 99210
(509) 327-9902
Fax: (509) 327-6238

of not making her agreed monthly payment, the employee would be referring the debts for legal process. It was the Plaintiff that initiated the subject of garnishment upon learning of the intended referral for legal process and inquired of the Defendant's employee if her wages would be garnished. In response thereto the Defendant's employee informed plaintiff that garnishment is a part of the legal process. That Plaintiff was at all material times hereto fully aware that a garnishment could not and would not be instituted prior to Defendant first having obtained a Judgment against Plaintiff.

20. Defendant Automated Accounts, Inc. admits the allegations contained in paragraph 20 of Plaintiff's Complaint.

21. Defendant Automated Accounts, Inc. denies each and every allegation contained in paragraph 21 of Plaintiff's Complaint.

22. Defendant Automated Accounts, Inc. denies each and every allegation contained in paragraph 22 of Plaintiff's Complaint.

23. Defendant Automated Accounts, Inc. denies each and every allegation contained in paragraph 23 of Plaintiff's Complaint.

24. Defendant Automated Accounts, Inc. denies each and every allegation contained in paragraph 24 of Plaintiff's Complaint.

ANSWER TO COMPLAINT AND COUNTERCLAIM
Page 6

THOMAS MILBY SMITH, INC., P.S.
ATTORNEY AT LAW
P.O. Box 1360
Spokane, WA 99210
(509) 327-9902
Fax: (509) 327-6238

25. Defendant Automated Accounts denies each and every allegation contained in paragraph 25 of Plaintiff's Complaint.

26. Defendant Automated Accounts, Inc. denies each and every allegation contained in paragraph 26 of Plaintiff's Complaint, but admits that Michelle Bull was at all times material hereto an employee of Defendant Automated Accounts, Inc.

27. Defendant Automated Accounts, Inc. denies each and every allegation contained in paragraph 27 of Plaintiff's Complaint, but admits that Michelle Bull was/is for all material times hereto an employee of Defendant Automated Accounts, Inc. and authorized by Automated Accounts, Inc. to collect consumer debts on behalf of Defendant Automated Accounts, Inc...

28. Defendant Automated Accounts, Inc. denies each and every allegation contained in paragraph 28 of Plaintiff's Complaint.

29. Defendant Automated Accounts, Inc. denies each and every allegation contained in paragraph 29 of Plaintiff's Complaint.

30. Defendant Automated Accounts, Inc. admits that pursuant to law, Plaintiff is entitled to demand a trial by jury under the Fair Debt Collection Practices Act.

31. Defendant Automated Accounts, Inc. denies each and every allegation contained in paragraph 31 of Plaintiff's Complaint.

THOMAS MILBY SMITH, INC., P.S.
ATTORNEY AT LAW
P.O. Box 1360
Spokane, WA 99210
(509) 327-9902
Fax: (509) 327-6238

32. Defendant Automated Accounts, Inc. denies each and every allegation contained in paragraph 32 of Plaintiff's Complaint.

33. Defendant Automated Accounts, Inc. denies each and every allegation contained in paragraph 33 of Plaintiff's Complaint.

34. Plaintiff has instituted the aforementioned lawsuit against Defendant Automated Accounts, Inc., and the same is groundless and unfounded. Defendant Automated Accounts, Inc. believes that said lawsuit has been instituted without good faith and without probable cause and with the intent to harass or otherwise adversely affect Automated Accounts, Inc. all contrary to and violates the provisions of 15 USC 813 (a) (3). Defendant Automated Accounts, Inc. has suffered damages, which include, but are not limited to, attorney's fees and costs and use of time and labor of employees to defend against the claim of the Plaintiff in the above-entitled cause, and Defendant Automated Accounts, Inc. is entitled to have its attorney's fees, costs, and other general damages, which shall be proven at the time of trial, awarded to it and have judgment entered over and against the Plaintiff for all those attorney's fees, costs, and general and special damages, as may be proven at the time of trial.

WHEREFORE, Defendant Automated Accounts, Inc. prays that the judgment be entered against the above-named Plaintiff as follows:

ANSWER TO COMPLAINT AND COUNTERCLAIM
Page 8

THOMAS MILBY SMITH, INC., P.S.
ATTORNEY AT LAW
P.O. Box 1360
Spokane, WA 99210
(509) 327-9902
Fax: (509) 327-6238

1. That all of the claims of the Plaintiff as stated in Plaintiff's Complaint be dismissed with prejudice and that the Plaintiff recover no statutory or general damages or attorney's fees and costs; and

2. That the Defendant Automated Accounts, Inc. have judgment over and against the above-named Plaintiff for reasonable attorney's fees, costs and other general and special damages as may be proven at the time of trial, all in substantial amounts against the Plaintiff; and

3. For such other and further relief as the court may deem just and equitable in the cause.

DATED this 17th day of December, 2010.

/s/ Thomas M. Smith
Thomas M. Smith, WSBA #0687
Attorney for Defendant Automated Accounts, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of December 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kirk D. Miller: kmiller@millerlawspokane.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM\ECF participant: n/a

/s/ Thomas M. Smith

ANSWER TO COMPLAINT AND COUNTERCLAIM
Page 9

THOMAS MILBY SMITH, INC., P.S.
ATTORNEY AT LAW
P.O. Box 1360
Spokane, WA 99210
(509) 327-9902
Fax: (509) 327-6238