**Thomas Milby Smith**
**Attorney at Law**
**P.O. Box 1360**
**Spokane, WA  99210**
**Phone:  509-327-9902**
**Fax:      509-327-6238**
**email:  tmilby@thomasmsmithattorney.com**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STARLA BRAHAM, | NO. CV-10-385  EFS |
| Plaintiff, | |
| v. | **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| AUTOMATED ACCOUNTS, Inc., a Washington Corporation; and Michelle Doe and John Doe husband and wife and marital composed thereof, Defendants, | **ORAL ARGUMENT REQUESTED** |

Pursuant to Fed. R. Civ. P. 56, defendants Automated Accounts, Inc. and Michelle and John Doe move this Court for an Order granting summary judgment in defendants' favor on all of plaintiff's claims against them.  This Motion is based on the accompanying Memorandum and Statement of Facts, the supporting declaration of Mario Ruiz, Michelle Bull, Thomas M. Smith, Scott Millsap, and the records and pleadings in the Court's file.

**THOMAS MILBY SMITH, INC., P.S.**
**ATTORNEY AT LAW**
**P.O. Box 1360**
**SPOKANE, WASHINGTON 99210**
**509-327-9902/1-800-621-1969**
**FX 509-327-6238**

RESPECTFULLY SUBMITTED this 16th day of December, 2011.

Respectfully submitted,

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of December, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kirk D. Miller: kmiller@millerlawspokane.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM\ECF participant:        n/a

/s/ Thomas M. Smith

Defendant's Motion for Summary Judgment        - Page 2 of 2

THOMAS MILBY SMITH, INC., P.S.
ATTORNEY AT LAW
P.O. Box 1360
SPOKANE, WASHINGTON 99210
509-327-9902/1-800-621-1969
FX 509-327-6238