Kirk D. Miller
Kirk D. Miller, P.S.
211 E Sprague Avenue
Spokane, WA  99202
(509)413-1494 Telephone
kmiller@millerlawspokane.com

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STARLA BRAHAM, )<br><br>                    Plaintiff, )<br><br>v. )<br><br>AUTOMATED ACCOUNTS, INC, a )<br>Washington Corporation , and )<br>MICHELLE DOE and JOHN DOE, )<br>husband and wife and the marital )<br>community comprised thereof. )<br><br>                    Defendants. )<br>_____ ) | Case No.: CV-10-385-EFS<br><br>NOTICE OF TO-BE-ADJUDICATED<br>CLAIMS AND AFFIRMATIVE<br>DEFENSES |

COMES NOW, the Plaintiff, by and through her counsel of record Kirk D.

Miller of Kirk D. Miller, P.S. and submits her notice of to-be-adjudicated claims

and affirmative defenses, and states them as follows:

NOTICE OF TO-BE-ADJUDICATED
CLAIMS AND AFFIRMATIVE
DEFENSES
 -1

1. Whether, where no lawsuit had been filed nor any judgment obtained against the Plaintiff, Defendant violated 15 USC §§ 1692e and f.

2. Whether Michelle Bull (referred to in Plaintiff's Complaint as "Michelle Doe") is a "debt collector", as that term is defined by 15 USC§ 1692a(6).

3. Whether the debt that Defendants attempted to collect from the Plaintiff  and is the subject of this lawsuit is a "debt", as that term is defined by 15 USC §1692a(5)

4. Whether Defendant Michelle Bull accused the Plaintiff of lying about the availability of funds in her bank account, and thereby harassing her in violation of 15 USC §1692d.

5. Whether Defendant Michelle Bull informed the Plaintiff that she and/or Automated Accounts had decided to begin garnishing the Plaintiff's wages, despite the fact that no lawsuit had been filed, nor any judgment obtained against the Plaintiff.

6. Whether it is a violation of 15 USC §1692, et seq. for a debt collector collecting on a consumer debt to threaten garnishment of the consumer's assets when no lawsuit had been filed, nor any judgment obtained against the consumer.

NOTICE OF TO-BE-ADJUDICATED
CLAIMS AND AFFIRMATIVE
DEFENSES
  -2

7.  Whether the least sophisticated consumer would be imputed by law to know that garnishment could not and would not be instituted prior to the Defendant first having obtained a judgment against the Plaintiff.

8.  Whether, through their actions with respect to the Plaintiff, the Defendants herein violated 15 USC §§ 1692e(4),(5),(10), and 1692f.

9.  Whether the Defendants' actions caused the Plaintiff any emotional distress and, if so, the extent and damages related to the emotional distress caused by the Defendants.

10. Whether the Defendants' threat to garnish the Plaintiff's assets caused conflict, fear, and/or anxiety within her personal relationships.

11. Whether the Plaintiff has suffered actual damages as a result of the Defendants' illegal collection communications and, if so, the extent of those damages.

12. Whether Defendant Automated Accounts is vicariously liable for the illegal acts of its debt collector employee, Michelle Bull.

13. Whether the Plaintiff is entitled to actual damages, statutory damages, attorney's fees, and costs, pursuant to 15 USC §1692k, et seq. and, if so, the amount of said damages, fees, and costs.

NOTICE OF TO-BE-ADJUDICATED
CLAIMS AND AFFIRMATIVE
DEFENSES
-3

Dated the 30th day of December, 2011.

Respectfully submitted,

**Kirk D. Miller, P.S.**

/s/Kirk Miller
Kirk D. Miller
WSBA # 40025
Attorney for Plaintiff

CM/ECF

I hereby certify that on the 30th day of December, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Thomas Milby Smith        tmilby@thomasmsmithattorney.com

Kirk Miller                        kmiller@millerlawspokane.com

*Kirk D. Miller, P.S.*

s/Kirk D. Miller
Kirk D. Miller
WSBA # 40025
Attorney for Plaintiff
211 E. Sprague Ave.
Spokane, WA 99202
(509) 413-1494
Fax: (509) 413-1724
kmiller@millerlawspokane.com

NOTICE OF TO-BE-ADJUDICATED
CLAIMS AND AFFIRMATIVE
DEFENSES
  -4