Kirk D. Miller
Kirk D. Miller, P.S.
211 E Sprague Avenue
Spokane, WA  99202
(509)413-1494 Telephone
kmiller@millerlawspokane.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STARLA BRAHAM,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>AUTOMATED ACCOUNTS, INC, a Washington Corporation , and MICHELLE DOE and JOHN DOE, husband and wife and the marital community comprised thereof.<br><br>　　　　　　Defendants. | Case No.: CV-10-385-EFS<br><br>PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS' LIABILITY<br><br>WITH ORAL ARGUMENT |

Starla Braham (hereinafter "Ms. Braham"), by and through counsel, Kirk D. Miller of Kirk D. Miller, P.S. respectfully moves the Court for summary judgment on the issue of Defendants liability for violating the Fair Debt Collection Practices Act

PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT
 -1

15 USC § 1692 et seq.  This motion is based on FRCP 56, Plaintiff's Memorandum in Support of Motion for Summary Judgment, exhibits to the Declaration of Kirk D. Miller, Plaintiff's Statement of Facts and all of the documents and pleadings herein.

Dated the 6th day of January, 2012.

Respectfully submitted,

*Kirk D. Miller, P.S.*

/s/ Kirk Miller
Kirk D. Miller
WSBA # 40025
Attorney for Plaintiff

CM/ECF

I hereby certify that on the 6th day of January, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Thomas Milby Smith    tmilby@thomasmsmithattorney.com
Kirk Miller           kmiller@millerlawspokane.com

*Kirk D. Miller, P.S.*

s/Kirk D. Miller
Kirk D. Miller
WSBA # 40025
Attorney for Plaintiff
211 E. Sprague Ave.
Spokane, WA 99202
(509) 413-1494
Fax: (509) 413-1724
kmiller@millerlawspokane.com

PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT
 -2

Kirk D. Miller P.S.
211 E. Sprague Ave.
Spokane Washington 99202
(509)413-1494