**Thomas Milby Smith**
**Attorney at Law**
**P.O. Box 1360**
**Spokane, WA  99210**
**Phone:  509-327-9902**
**Fax:    509-327-6238**
**email:  tmilby@thomasmsmithattorney.com**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STARLA BRAHAM,<br><br>      Plaintiff,<br><br>v.<br><br>AUTOMATED ACCOUNTS, Inc., a Washington Corporation; and Michelle Doe and John Doe husband and wife and marital composed thereof,<br>      Defendants, | NO. CV-10-385 EFS<br><br>**AFFDIAVIT OF SCOTT MILSAP IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Affidavit of Scott Milsap In Support of Motion
For Summary Judgment and Opposition to Plaintiffs' Motion for
Summary Judgment    Page 1 of 4

THOMAS MILBY SMITH, INC., P.S.
ATTORNEY AT LAW
P.O. Box 1360
SPOKANE, WASHINGTON 99210
509-327-9902/1-800-621-1969
FX 509-327-6238

SCOTT MILSAP, being first duly sworn on oath deposes and says:

1. I am over the age of 18 and am competent to testify in court. I make this declaration based on my own personal knowledge of the matters stated herein.

2. I am the President of defendant Automated Accounts, Inc. Automated Accounts is a Washington corporation with a principle place of business in the City and County of Spokane, and is a properly licensed collection agency under the Laws of Washington State.

3. At Automated Accounts we have conducted a survey of our files where we have commenced a lawsuit in the years if 2009, 2010 and 2011. A copy of that summary report is attached. Our computer records do not provide a statistical report of which of our judgments at some point proceeded to an execution to collect on the judgment. My staff conducted a sampling of the cases filed by randomly reviewing the litigation files and we have determined that in approximately twenty five (25) percent of the files reviewed Automated Accounts attempted to garnishment of wages or bank account funds.

Affidavit of Scott Milsap In Support of Motion
For Summary Judgment and Opposition to Plaintiffs' Motion for
Summary Judgment                    Page 2 of 4

THOMAS MILBY SMITH, INC., P.S.
ATTORNEY AT LAW
P.O. Box 1360
SPOKANE, WASHINGTON 99210
509-327-9902/1-800-621-1969
FX 509-327-6238

4. Based upon the random sampling done we have estimated the number of judgments that had garnishment that occurred within 90 days of obtaining judgment and the estimated number of garnishments that occurred after 90 days post judgment.

5. I believe this non-scientific analysis fairly represents that Automated Accounts, Inc. regularly proceeds to litigation to collect on assignments received and regularly proceeds to execute on those judgments by garnishment of wages or bank account funds.

DATED this 23rd day of January, 2012, signed at Spokane, Washington.

_____
SCOTT MILSAP, President, Automated Accounts, Inc.

SUBSCRIBED AND SWORN TO before me, a notary public in and for the State of Washington residing at Spokane Washington on the date last above written.



_____
Notary Public, in and for the State of Washington, County of Spokane, my commission expires 02-28-2014

Affidavit of Scott Milsap In Support of Motion
For Summary Judgment and Opposition to Plaintiffs' Motion for
Summary Judgment                    Page 3 of 4

THOMAS MILBY SMITH, INC., P.S.
ATTORNEY AT LAW
P.O. Box 1360
SPOKANE, WASHINGTON 99210
509-327-9902/1-800-621-1969
FX 509-327-6238

AUTOMATED ACCOUNTS, INC.
SUMMARY OF GARNISHMENTS ISSUED JUDGMENTS
January 17, 2012

| JUDGMENTS OBTAINED 2009 | | |
|---|---|---|
| Description | Number | % |
| Total Judgments Obtained | 595 | 100% |
| Number Reviewed | 149 | 25% |
| Sample Garnishments Issued 1-90 days post Judgment | 87 | 58% |
| Sample Garnishments 91 or more days post Judgment | 26 | 17% |
| Likely # of Judgments that went immediately to Garnishment | 347 | |
| Likely # of Judgments that eventually went to Garnishment | 104 | |

| JUDGMENTS OBTAINED 2010 | | |
|---|---|---|
| Description | Number | % |
| Total Judgments Obtained | 686 | 100% |
| Number Reviewed | 172 | 25% |
| Sample Garnishments Issued 1-90 days post Judgment | 80 | 47% |
| Sample Garnishments 91 or more days post Judgment | 12 | 7% |
| Likely # of Judgments that went immediately to Garnishment | 319 | |
| Likely # of Judgments that eventually went to Garnishment | 48 | |

| JUDGMENTS OBTAINED 2011 | | |
|---|---|---|
| Description | Number | % |
| Total Judgments Obtained | 975 | 100% |
| Number Reviewed | 244 | 25% |
| Sample Garnishments Issued 1-90 days post Judgment | 140 | 57% |
| Sample Garnishments 91 or more days post Judgment | 14 | 6% |
| Likely # of Judgments that went immediately to Garnishment | 559 | |
| Likely # of Judgments that eventually went to Garnishment | 56 | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of January 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kirk D. Miller: kmiller@millerlawspokane.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM\ECF participant: n/a

/s/ Thomas M. Smith

Affidavit of Scott Milsap In Support of Motion For Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment       Page 4 of 4

THOMAS MILBY SMITH, INC., P.S.
ATTORNEY AT LAW
P.O. Box 1360
SPOKANE, WASHINGTON 99210
509-327-9902/1-800-621-1969
FX 509-327-6238