AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

STARLA BRAHAM,

                                    Plaintiff,

                                      **JUDGMENT IN A CIVIL CASE**

                 v.

AUTOMATED ACCOUNTS, INC., a
Washington Corporation, and MICHELLE DOE AND     CASE NUMBER: CV-10-0385-EFS
JOHN DOE, husband and wife and the marital
community comprised thereof,

                                    Defendants.

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED Judgment is entered in Defendants' favor with prejudice.

| | |
|---|---|
| February 21, 2012 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Jaime M. White |
| | *(By) Deputy Clerk* |
| | Jaime M. White |